IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AARON J. FRIEDMANN, M.D., and DEVORAH FRIEDMANN,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAM CLIFFORD and SAFECO INSURANCE COMPANY of AMERICA,<br><br>          Defendants. | ORDER AFFIRMING<br>REPORT & RECOMMENDATION<br><br><br>Case No. 2:08CV439DAK |

      This case was transferred from the District of Eastern Louisiana and assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On November 8, 2008, Magistrate Judge Alba issued a Report and Recommendation, recommending that Plaintiff's case be dismissed for failure to prosecute and that Plaintiff's Complaint be dismissed against Defendant Safeco based on lack of standing.

      The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within ten days of receiving it. The time for filing an objection has passed and no objection has been filed to the Report and Recommendation.

      Since the passing of the deadline for objections to be filed, the court has reviewed the file *de novo*. The court fully agrees with the analysis contained in Magistrate Judge Alba's Report and Recommendation. Therefore, the court approves and adopts the November 8, 2008 Report

and Recommendation in its entirety. Accordingly, Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 25th day of November, 2008.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge